TORRENT *v.* DULUTH LUMBER CO.

*(Circuit Court, D. Minnesota.* October 15, 1887.`

APPEAL—REHEARING—MISQUOTATION OF TESTIMONY.
A rehearing will not be granted because the court in its opinion misquoted the testimony, where such misquotation does not change the opinion.

*Parker & Burton* and *P. H. Gunckel,* for complainant.
*West & Bond,* for defendant.

NELSON, J. This is a petition for a rehearing and reargument of the case. In the opinion of the court heretofore delivered in this case (30 Fed. Rep. 830) the court (page 835) misquotes the testimony, viz.: "It has to have it on," quoted from Robert Orm's testimony, should read: "They all have to have something to hold the tooth-bar up to the log;" but such misquotation does not change the opinion of the court.

The petition for rehearing and reargument is denied; final decree ordered; accounting waived; appeal taken and allowed; bond on appeal fixed at $500.